IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CALVIN GAINES,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**ROBERT HOREY, et al.,**<br><br>                                    Respondents. | 2:07-cv-01733-MCE-EFB (HC)<br><br>**ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME** |

   Respondent's first request for a sixty-day extension of time to file a response to the Petition for Writ of Habeas Corpus was considered by the Court, and good cause appearing, Respondent's request is granted.

   **IT IS HEREBY ORDERED** that Respondent is granted an extension of time to and including January 18, 2008, to file a response in this matter.

DATED: November 20, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1